# Order

**Michigan Supreme Court**
**Lansing, Michigan**

September 27, 2016

151660(27)

Robert P. Young, Jr.,
Chief Justice

Stephen J. Markman
Brian K. Zahra
Bridget M. McCormack
David F. Viviano
Richard H. Bernstein
Joan L. Larsen,
Justices

PEOPLE OF THE STATE OF MICHIGAN,
      Plaintiff-Appellee,

v

                                      SC: 151660
                                      COA: 325545
                                      Mason CC: 02-017992-FH

QUINCY DONTAY ROBERTS,
      Defendant-Appellant.

_____/

      On order of the Court, the motion for reconsideration of this Court's June 22, 2016 order is considered, and it is DENIED, because it does not appear that the order was entered erroneously.



I, Larry S. Royster, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

September 27, 2016



Clerk

p0919